**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| COLORQUICK L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> EASTMAN KODAK COMPANY, <br><br> Defendant. | CIVIL ACTION NO. 6:06-CV-390-LED |

**<u>NOTICE</u>**

Defendant Eastman Kodak Company hereby notifies the Court that on April 22, 2008, it submitted its Technology Tutorial to the Court, the Court's Technical Advisor, Richard Egan, and to all counsel of record.

Dated:  April 22, 2008                                                        Respectfully submitted,

                                                                              By: /s/*Jennifer P. Ainsworth*_____
                                                                              Jennifer P. Ainsworth
                                                                              State Bar No. 00784720
                                                                              jainsworth@wilsonlawfirm.com
                                                                              jainsworth@wilsonlawfirm.com
                                                                              **WILSON, ROBERTSON & CORNELIUS, PC**
                                                                              One American Center
                                                                              909 ESE Loop 323, Suite 400
                                                                              Tyler, Texas 75701
                                                                              Telephone: (903) 509-5000
                                                                              Facsimile: (903) 509-5092

                                                                              Mark M. Supko (*pro hac vice*)
                                                                              msupko@crowell.com
                                                                              David D. Cross (*pro hac vice*)
                                                                              dcross@crowell.com
                                                                              **CROWELL & MORING, LLP**
                                                                              1001 Pennsylvania Avenue, N.W.
                                                                              Washington, DC 20004-2595
                                                                              Telephone:  (202) 624-2500
                                                                              Facsimile:  (202) 628-5116

                                                                              *Attorneys for Defendant*
                                                                              *Eastman Kodak Company*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 22nd day of April, 2008.

                                                                              /s/ *Jennifer P. Ainsworth*_____
                                                                              Jennifer P. Ainsworth