

**THE RESOLUTION EXPERTS®**



July 21, 2008

Hon. Leonard Davis
United States District Court
United State District Judge
211 W. Ferguson, Suite 318
Tyler, TX 75702

    Re:   *ColorQuick, LLC vs. Eastman Kodak Company*
    Cause No.: 6:06-cv-00390

Dear Judge Davis:

On July 9, 2008, the parties and their counsel on the above referenced case participated in a mediation session. I am pleased to inform you they successfully resolved their dispute.

It has been a pleasure serving you, your court and the parties in this matter. If I may be of further assistance, please advise.

Sincerely,

*Robert Faulkner /jr*
Robert Faulkner

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

ALTERNATIVE DISPUTE RESOLUTION SUMMARY

1. Civil action number: **6:06-cv-00390**

2. Style of case: **ColorQuick, LLC vs. Eastman Kodak Company**

3. Nature of the suit: **intellectual property**

4. Method of ADR used: **mediation**

5. Date ADR session was held: July 9, 2008

6. Outcome of ADR *(Select one)*:

   ☐ Parties did not use my services.   ☐ Settled, in part, as a result of ADR

   ☒ Settled as a result of ADR.   ☐ Parties were unable to reach settlement

   ☐ Continuing to work with the parties to reach settlement *(Note: provider must file supplemental ADR summary Form at conclusion of his/her services)*.

7. What was your TOTAL fee $**14,350**

8. Duration of ADR: **20 hours** (i.e., one day, two hours)

9. Please list persons in attendance (including party association, e.e. defendant, plaintiff):

   Please see attached

Please provide the names, address and telephone number of counsel on the reverse of this form.

10. Provider information:

    Robert Faulkner
    JAMS, Inc.
    8401 North Central Expressway Suite 610
    Dallas, TX  75225
    214-744-5267

_Robert Faulkner/p_     7/25/08
Signature                Date

<u>Alternative Dispute Resolution Summary</u>
*Continued*

Please provide the names, addresses and telephone numbers of counsel:

Alfonso Chan Esq.
Shore Chan Bragalone LLP
325 N. St. Paul
Suite 4450
Dallas, TX 75201
Tel: 214-593-9120

Justin Kimble Esq.
Shore Chan Bragalone LLP
325 N. St. Paul
Suite 4450
Dallas, TX 75201
Tel: 214-593-9117

Mark Supko Esq.
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004-2595 USA
Tel: 202-624-2734

Pater C. Cody Esq.
Eastman Kodak Company
343 State St.
Rochester, NY 14650-0211 USA
Tel: (716) 781-1283